| | | |
|---|---|---|
| STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT<br>DISTRICT: SOUTHERN/NY | COUNTY OF | INDEX # : 07 CV 9801<br>Date Filed: |

*Dennis Koesterer, on behalf of himself and all others similarly situated*

Plaintiff(s)/Petitioner(s)

vs

*Washington Mutual, Inc., et al*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

__Stephen L. Collen__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __November 19, 2007__ at __12:20 pm__, at __C/O Corporation Service Company, 80 State St., Albany, NY 12207__, deponent served the within __Summons in a Civil Case  Class Action Complaint for Violations of the Federal Securities Laws  Judge's Rules and Instruction  Procedure for Electronic Case Filing__

on: __Washington Mutual, Inc.__, __Defendant__ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] By delivering thereat a true copy of each to __Kevin Vahnoutkan, clerk__ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

[ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __White__   Color of hair: __Blonde__   Age: __22 - 29 Yrs.__   Height: __5' 9" - 6' 0"__
Weight: __131 - 160 Lbs.__   Other Features: _____

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on __November 20, 2007__

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0709426