UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>      Defendants. | Case No.: 07-cv-9801<br><br>Judge Colleen McMahon<br><br>ECF CASE |
| JOEL ABRAMS, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>      Defendants. | Case No.: 07-cv-9806<br><br>Judge Alvin Hellerstein<br><br>ECF CASE |

**[PROPOSED] ORDER FOR THE CONSOLIDATION OF
ALL RELATED ACTIONS, APPOINTMENT LEAD
PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL</u>**

Upon good cause shown and all of the records and proceedings herein, **IT IS HEREBY ORDERED THAT**:

**<u>Consolidation</u>**

1.  The above-captioned actions are appropriate for consolidation and are consolidated for all purposes including, but not limited to, discovery, pre-trial proceedings and trial proceedings, pursuant to Rule 42(c) of the Federal Rules of Civil Procedure.

**Appointment Of Lead Plaintiff**

2. Burton Rosenfield is hereby appointed the Lead Plaintiff in the consolidated action pursuant to Section (3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. 78n-4(a)(3)(B).

**Plaintiff's Counsel**

Lead Plaintiff's selection of the law firm of Abbey Spanier Rodd & Abrams, LLP, as Lead Counsel in the consolidated action is approved.

**SO ORDERED**, this ___ day of _____, 2008

                                                  _____
                                                  Honorable Colleen McMahon
                                                  United States District Judge