UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Defendants. | Case No.: 07-cv-9801<br><br>Judge Colleen McMahon<br><br>ECF CASE |
| JOEL ABRAMS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Defendants. | Case No.: 07-cv-9806<br><br>Judge Alvin Hellerstein<br><br>ECF CASE |

**DECLARATION OF NANCY KABOOLIAN
IN SUPPORT OF MOTION BY BURTON ROSENFIELD FOR THE
CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT AS
LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL**

NANCY KABOOLIAN, pursuant to 28 U.S.C. § 746, declares as follows under penalty of perjury:

1. I am a partner of the law firm of Abbey Spanier Rodd & Abrams, LLP, counsel for Burton Rosenfield. I submit this declaration, together with the exhibits annexed hereto, in support of Mr. Rosenfield's motion to consolidate all related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel.

2. Annexed hereto as Exhibit A is a true and correct copy of the first press release published on November 5, 2007 over the PRNewswire regarding the pendency of this action.

3. Annexed hereto as Exhibit B is true and correct copy of Mr. Rosenfield's certification setting forth his transactions in Washington Mutual, Inc. securities during the Class Period.

4. Annexed hereto as Exhibit C is the firm biography of Abbey Spanier Rodd & Abrams, LLP.

Dated: January 4, 2008
      New York, New York

_____
Nancy Kaboolian