# EXHIBIT B

## CERTIFICATION OF LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, BURTON ROSENFIELD, declare as follows:

1. I have reviewed a copy of the complaint filed in this action.

2. I did not purchase the security that is the subject of this action [Washington Mutual, Inc. ("WM")] at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

| Security (Common Stock, Call, Put, Bonds) | Transaction (Purchase/Sale) | Quantity | Trade Date | Price Per Share/ Security |
|---|---|---|---|---|
| COMMON STOCK | PURCHASE | 2000 SHARES | 10-15-07 | $35.00 |
| COMMON STOCK | PURCHASE | 1000 SHARES | 10-31-07 | 28.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*List additional transactions on a separate sheet of paper, if necessary. If the securities were purchased by joint owners, please provide the above information for the co-owner.

5. I have not served as or sought to serve as a representative party on behalf of a class during the last three years, except as stated herein:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court or any award to me by the Court of reasonable costs and expenses (including lost wages) directly relating to my representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12-21-07           Signed: [signature]

Print Name: BURTON ROSENFIELD