## CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on January 4, 2008, I caused the following documents to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules:

Notice Of Motion Of Burton Rosenfield For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Memorandum Of Points And Authorities In Support Of the Motion of Burton Rosenfield For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Declaration Of Nancy Kaboolian In Support Of the Motion of Burton Rosenfield For the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

[Proposed] Order For the Consolidation of All Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

*[signature]*
Carolyn Davila

## SERVICE LIST

**Plaintiffs' Counsel**

HAGENS BERMAN SOBOL SHAPIRO, LLP
Steve W. Berman WSBA# 12536
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

KELLER ROHRBACK, LLP
Lynn L. Sarko (WSBA 16569)
lsarko@kellerrohrback.com
Derek W. Loeser (WSBA 24274)
dloeser@kellerrohrback.com
1201 Third Avenue
Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

BADGLEY MULLINS LAW GROUP
Duncan C. Turner
duncanturner@badgleymullins.com
4750 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Tel: (206) 621-6566
Fax: (206) 621-9686

WOLF POPPER LLP
Robert C. Finkel
James A. Harrod
845 Third Avenue
New York, New York 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

**Defendants' Counsel**

SIMPSON THACHER & BARTLETT, LLP
Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

SIMPSON THACHER & BARTLETT, LLP
Robert J. Pfister
1999 Avenue of the Stars, 29th floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

DAVIS WRIGHT TREMAINE
Stephen M. Rummage
steverummage@dwt.com
Steven P. Caplow
stevecaplow@dwt.com
1201 Third Avenue
Suite 2200
Seattle, WA 98101
Tel: (206) 757-8136
Fax: (206) 757-7136

PERKINS COIE
David F. Taylor
dftaylor@perkinscoie.com
Hilary E. Hoover
hhoover@perkinscoie.com
Ronald L. Berenstain
rberenstain@perkinscoie.com
1201 Third Avenue
Suite 4800
Seattle, WA 98101
Tel: (206) 359-8440