UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER and THOMAS W. CASEY,<br>                Defendants. | Civil Action No.: 07-cv-09801 (CM)<br><br>ECF CASE |
| JOEL ABRAMS and BRIAN ROFFE, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER and THOMAS W. CASEY,<br>                Defendants. | Civil Action No.: 07-cv-09806 (AKH)<br><br>ECF CASE |
| ROBERT L. GARBER individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br>                Defendants. | Civil Action No.: 07-11422 (UA)<br><br>ECF CASE |

**CERTIFICATE OF SERVICE**

I, Donald Lanier, am over 18 years old and not a party to this action;

I hereby certify that on January 4, 2007, I electronically filed the foregoing:

- THE MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEMENT BOARD'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF, (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS.

- THE MEMORANDUM OF LAW IN SUPPORT OF THE MASSACHUSETTS PENSION RESERVES INVESTMENT BOARD'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF, (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS.

- THE DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEMENT BOARD'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF, (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS.

- [PROPOSED] ORDER (1) APPOINTMENT AS LEAD PLAINTIFF, (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS.

With the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Craig Finkel, Esq.
rfinkel@wolfpopper.com

Jack Gerald Fruchter, Esq.
Jfruchter@FruchterTwersky.com

James Abram Harrod, III, Esq.
jharrod@wolfpopper.com

Samuel Howard Rudman, Esq.
srudman@csgrr.com, e_file_ny@csgrr.com

Evan J. Smith, Esq.
esmith@brodsky-smith.com

And I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants

Darren J. Robbins, Esq.
Coughlin Stoia Geller Rudman & robbins LLP
655 "West Broadway
Suite 1900
San Diego, CA 92101-3301

David C. Walton, Esq.
Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

Alfred G. Yates, Jr., Esq.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Date: January 4, 2008

ZWERLING, SCHACHTER & ZWERLING, LLP

N:\WASHINGTON MUTUAL\LEAD PLAINTIFF\Certificate of Service.doc