# EXHIBIT B

## PLAINTIFF'S CERTIFICATION

I, Michael Travaglini, on behalf of the Massachusetts Pension Reserves Investment Management Board ("PRIM"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Director of PRIM. I have reviewed a copy of the complaint caption *Koesterer v. Washington Mutual, Inc.* filed in this matter. PRIM has authorized the filing of a lead plaintiff motion on behalf of PRIM by Berman DeValerio Pease Tobacco Burt & Pucillo ("Berman DeValerio").

2. PRIM is willing to serve as a lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. PRIM's transactions in Washington Mutual, Inc. common stock between April 18, 2006 and November 1, 2007 (the "Class Period") are attached as Exhibit C to the Declaration of Jeffrey C. Block (the "Block Decl.").

4. PRIM did not purchase these securities at the direction of counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

5. During the three year period preceding the date of my signing this Certification, PRIM has sought to serve as representative on behalf of a class in two other actions under the federal securities laws: In re Mills Sec. Litig. (E.D. Va.) and Pappas v. Countrywide Financial Corp. et al. (C.D. Cal.). PRIM does not serve as lead plaintiff in either of these actions.

6. PRIM will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any possible recovery, except for an

award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

7.  As Executive Director of PRIM I am duly authorized to sign this Certification on behalf of PRIM.

Signed under the penalties of perjury this 21st day of Dec., 2007.

_____
Michael Travaglini