# EXHIBIT C

## *Washington Mutual Inc. Shareholder Losses (Net)*

**Class Period:** 4/18/06-11/01/07
**$17.729= Avg. Price 11/02/07 - 01/03/08 (from Bloomberg)**
**Shareholder:** PRIM - Commonwealth of MA Pension Reserves Investment Trust

| Trade Date | Shares Bought | Shares Sold | Shares Remaining | Price/Share | (Cost)/Proceeds |
|---|---|---|---|---|---|
| 06/16/06 | | (7,400) | (7,400) | $44.5460 | $329,640.40 |
| 08/01/06 | 12,900 | | 5,500 | $44.4039 | ($572,810.31) |
| 08/28/06 | | (23,900) | (18,400) | $43.0800 | $1,029,612.00 |
| 09/26/06 | | (35,800) | (54,200) | $43.4200 | $1,554,436.00 |
| 11/27/06 | | (14,400) | (68,600) | $42.6000 | $613,440.00 |
| 12/18/06 | | (25,500) | (94,100) | $45.1638 | $1,151,676.90 |
| 12/26/06 | | (12,000) | (106,100) | $45.8900 | $550,680.00 |
| 02/06/07 | | (6,300) | (112,400) | $45.2516 | $285,085.08 |
| 03/01/07 | 18,300 | | (94,100) | $43.0631 | ($788,054.73) |
| 03/16/07 | | (14,800) | (108,900) | $39.8860 | $590,312.80 |
| 05/03/07 | | (6,800) | (115,700) | $42.8719 | $291,528.92 |
| 05/21/07 | 18,600 | | (97,100) | $42.8860 | ($797,679.60) |
| 06/01/07 | 5,200 | | (91,900) | $44.3000 | ($230,360.00) |
| 06/01/07 | 1,600 | | (90,300) | $44.3000 | ($70,880.00) |
| 06/01/07 | 300 | | (90,000) | $44.3000 | ($13,290.00) |
| 06/13/07 | 51,000 | | (39,000) | $42.3666 | ($2,160,696.60) |
| 07/18/07 | 7,800 | | (31,200) | $41.7301 | ($325,494.78) |
| 08/24/07 | 139,900 | | 108,700 | $36.8981 | ($5,162,044.19) |
| 09/04/07 | 19,000 | | 127,700 | $37.1200 | ($705,280.00) |
| 09/12/07 | 109,700 | | 237,400 | $35.0588 | ($3,845,950.36) |
| 09/24/07 | | (4,100) | 233,300 | $36.1123 | $148,060.43 |
| 10/01/07 | 11,800 | | 245,100 | $35.6900 | ($421,142.00) |
| *First Partial Disclosure: October 17, 2007* | | | | | |
| | | | | | |
| **Subtotals:** | 396,100 | (151,000) | | | ($8,549,210.04) |
| **Shares Remaining:** | | 245,100 | | | |
| **Shares Remaining x $17.729:** | | $4,345,378 | | | |
| **Total (Losses)/Profit:** | | ($4,203,832) | | | |

## Washington Mutual Inc. Shareholder Losses (LIFO)

Class Period: 4/18/06-11/01/07
$17.729= Avg. Price 11/02/07 - 01/03/08 (from Bloomberg)
Shareholder:   PRIM - Commonwealth of MA Pension Reserves Investment Trust

| Trade Date | Shares Bought | Shares Sold | Shares Remaining | Price/Share | (Cost)/Proceeds |
|---|---|---|---|---|---|
| Sales Applied to Pre-Class Period Shares ||||||
| Beg Bal as of 4/18/06 | | | 341,517 | | |
| 06/16/06 | | (7,400) | 334,117 | $44.5460 | $329,640.40 |
| 08/28/06 | | (11,000) | 323,117 | $43.0800 | $473,880.00 |
| 09/26/06 | | (35,800) | 287,317 | $43.4200 | $1,554,436.00 |
| 11/27/06 | | (14,400) | 272,917 | $42.6000 | $613,440.00 |
| 12/18/06 | | (25,500) | 247,417 | $45.1638 | $1,151,676.90 |
| 12/26/06 | | (12,000) | 235,417 | $45.8900 | $550,680.00 |
| 02/06/07 | | (6,300) | 229,117 | $45.2516 | $285,085.08 |
| 05/03/07 | | (3,300) | 225,817 | $42.8719 | $141,477.27 |
| | | | | | |
| Class Period Trading ||||||
| 08/01/06 | 12,900 | | 12,900 | $44.4039 | ($572,810.31) |
| 08/28/06 | | (12,900) | 0 | $43.0800 | $555,732.00 |
| 03/01/07 | 18,300 | | 18,300 | $43.0631 | ($788,054.73) |
| 03/16/07 | | (14,800) | 3,500 | $39.8860 | $590,312.80 |
| 05/03/07 | | (3,500) | 0 | $42.8719 | $150,051.65 |
| 05/21/07 | 18,600 | | 18,600 | $42.8860 | ($797,679.60) |
| 06/01/07 | 300 | | 18,900 | $44.3000 | ($13,290.00) |
| 06/01/07 | 1,600 | | 20,500 | $44.3000 | ($70,880.00) |
| 06/01/07 | 5,200 | | 25,700 | $44.3000 | ($230,360.00) |
| 06/13/07 | 51,000 | | 76,700 | $42.3666 | ($2,160,696.60) |
| 07/18/07 | 7,800 | | 84,500 | $41.7301 | ($325,494.78) |
| 08/24/07 | 139,900 | | 224,400 | $36.8981 | ($5,162,044.19) |
| 09/04/07 | 19,000 | | 243,400 | $37.1200 | ($705,280.00) |
| 09/12/07 | 109,700 | | 353,100 | $35.0588 | ($3,845,950.36) |
| 09/24/07 | | (4,100) | 349,000 | $36.1123 | $148,060.43 |
| 10/01/07 | 11,800 | | 360,800 | $35.6900 | ($421,142.00) |
| 10/26/07 | | (322,900) | 37,900 | $28.2717 | $9,128,931.93 |
| 10/31/07 | 300 | | 38,200 | $28.1250 | ($8,437.50) |
| 10/31/07 | 1,700 | | 39,900 | $28.4030 | ($48,285.10) |
| 10/31/07 | 2,900 | | 42,800 | $28.4984 | ($82,645.36) |
| 10/31/07 | 6,400 | | 49,200 | $27.9147 | ($178,654.08) |
| 11/01/07 | 500 | | 49,700 | $25.7200 | ($12,860.00) |
| 11/01/07 | 500 | | 50,200 | $26.1776 | ($13,088.80) |
| 11/01/07 | 700 | | 50,900 | $25.8200 | ($18,074.00) |
| 11/01/07 | 900 | | 51,800 | $25.8064 | ($23,225.76) |
| 11/01/07 | 1,200 | | 53,000 | $26.1427 | ($31,371.24) |
| 11/01/07 | 1,600 | | 54,600 | $26.1109 | ($41,777.44) |
| 11/01/07 | 2,000 | | 56,600 | $26.2500 | ($52,500.00) |
| 11/01/07 | 2,200 | | 58,800 | $25.8799 | ($56,935.78) |
| 11/01/07 | 4,300 | | 63,100 | $26.1650 | ($112,509.50) |
| 11/01/07 | 6,600 | | 69,700 | $25.8439 | ($170,569.74) |
| 11/01/07 | 9,100 | | 78,800 | $25.7200 | ($234,052.00) |
| | | | | | |
| Subtotals: | 437,000 | (358,200) | | | ($5,605,580.06) |
| Shares Remaining: | | 78,800 | | | |
| Shares Remaining x $17.729: | | $1,397,045 | | | |
| Total (Losses)/Profit: | | ($4,208,535) | | | |

## Washington Mutual Inc. Shareholder Losses (FIFO)

Class Period: 4/18/06-11/01/07
$17.729= Avg. Price 11/02/07 - 01/03/08 (from Bloomberg)
Shareholder: PRIM - Commonwealth of MA Pension Reserves Investment Trust

| Trade Date | Shares Bought | Shares Sold | Shares Remaining | Price/Share | (Cost)/Proceeds |
|---|---|---|---|---|---|
| Sales Applied to Pre-Class Period Shares | | | | | |
| Beg Bal as of 4/18/06 | | | 341,517 | | |
| 06/16/06 | | (7,400) | 334,117 | $44.5460 | $329,640.40 |
| 08/28/06 | | (23,900) | 310,217 | $43.0800 | $1,029,612.00 |
| 09/26/06 | | (35,800) | 274,417 | $43.4200 | $1,554,436.00 |
| 11/27/06 | | (14,400) | 260,017 | $42.6000 | $613,440.00 |
| 12/18/06 | | (25,500) | 234,517 | $45.1638 | $1,151,676.90 |
| 12/26/06 | | (12,000) | 222,517 | $45.8900 | $550,680.00 |
| 02/06/07 | | (6,300) | 216,217 | $45.2516 | $285,085.08 |
| 03/16/07 | | (14,800) | 201,417 | $39.8860 | $590,312.80 |
| 05/03/07 | | (6,800) | 194,617 | $42.8719 | $291,528.92 |
| 09/24/07 | | (4,100) | 190,517 | $36.1123 | $148,060.43 |
| 10/26/07 | | (190,517) | 0 | $28.2717 | $5,386,239.47 |
| Class Period Trading | | | | | |
| 08/01/06 | 12,900 | | 12,900 | $44.4039 | ($572,810.31) |
| 03/01/07 | 18,300 | | 31,200 | $43.0631 | ($788,054.73) |
| 05/21/07 | 18,600 | | 49,800 | $42.8860 | ($797,679.60) |
| 06/01/07 | 5,200 | | 55,000 | $44.3000 | ($230,360.00) |
| 06/01/07 | 1,600 | | 56,600 | $44.3000 | ($70,880.00) |
| 06/01/07 | 300 | | 56,900 | $44.3000 | ($13,290.00) |
| 06/13/07 | 51,000 | | 107,900 | $42.3666 | ($2,160,696.60) |
| 07/18/07 | 7,800 | | 115,700 | $41.7301 | ($325,494.78) |
| 08/24/07 | 139,900 | | 255,600 | $36.8981 | ($5,162,044.19) |
| 09/04/07 | 19,000 | | 274,600 | $37.1200 | ($705,280.00) |
| 09/12/07 | 109,700 | | 384,300 | $35.0588 | ($3,845,950.36) |
| 10/01/07 | 11,800 | | 396,100 | $35.6900 | ($421,142.00) |
| 10/26/07 | | (132,383) | 263,717 | $28.2717 | $3,742,692.46 |
| 10/31/07 | 2,900 | | 266,617 | $28.4984 | ($82,645.36) |
| 10/31/07 | 1,700 | | 268,317 | $28.4030 | ($48,285.10) |
| 10/31/07 | 300 | | 268,617 | $28.1250 | ($8,437.50) |
| 10/31/07 | 6,400 | | 275,017 | $27.9147 | ($178,654.08) |
| 11/01/07 | 9,100 | | 284,117 | $25.7200 | ($234,052.00) |
| 11/01/07 | 500 | | 284,617 | $25.7200 | ($12,860.00) |
| 11/01/07 | 500 | | 285,117 | $26.1776 | ($13,088.80) |
| 11/01/07 | 700 | | 285,817 | $25.8200 | ($18,074.00) |
| 11/01/07 | 4,300 | | 290,117 | $26.1650 | ($112,509.50) |
| 11/01/07 | 2,000 | | 292,117 | $26.2500 | ($52,500.00) |
| 11/01/07 | 2,200 | | 294,317 | $25.8799 | ($56,935.78) |
| 11/01/07 | 6,600 | | 300,917 | $25.8439 | ($170,569.74) |
| 11/01/07 | 900 | | 301,817 | $25.8064 | ($23,225.76) |
| 11/01/07 | 1,600 | | 303,417 | $26.1109 | ($41,777.44) |
| 11/01/07 | 1,200 | | 304,617 | $26.1427 | ($31,371.24) |
| Subtotals: | 437,000 | (132,383) | | | ($12,435,976.41) |
| Shares Remaining: | | 304,617 | | | |
| Shares Remaining x $17.729: | | $5,400,555 | | | |
| Total (Losses)/Profit: | | ($7,035,422) | | | |