UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| vs. | **Civil Action No. 1: 07-cv-11422-UA** |
| WASHINGTON MUTUAL, INC., *et al.*, | |
| Defendants. | |

---

| | |
|---|---|
| JOEL ABRAMS, *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| vs. | |
| WASHINGTON MUTUAL, INC., *et al.*, | **Civil Action No. 1:07-cv-09806-AKH** |
| Defendants. | |

---

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| vs. | |
| WASHINGTON MUTUAL, INC., *et al.*, | **Civil Action No. 1:07-cv-09801-CM** |
| Defendants. | |

---

**SUPPLEMENTAL DECLARATION OF PETER ST. PHILLIP, JR. IN FURTHER SUPPORT OF MOTION BY THE NYC POLICE AND FIRE PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

2100 / DECL / 00085976.WPD v1

PETER D. ST. PHILLIP, JR. hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a principal of the law firm of Lowey Dannenberg Cohen, P.C. ("Lowey Dannenberg"), which has been retained as counsel for certain New York City Police and Fire Pension Funds ("NYC Police and Fire Pension Funds") in this action. I submit this Supplemental Declaration to include material inadvertently omitted as attachments from my original Declaration In Support of Motion By the NYC Police and Fire Pension Funds For Consolidation, Appointment As Lead Plaintiff and Approval Of Lead Counsel in the Court's ECF System ("Main Declaration").

2. Attached as Exhibit 1 are true and correct copies of the NYC Police and Fire Pension Funds' loss analyses which were inadvertently omitted from Exhibit 1 to my Main Declaration.

3. Attached as Exhibit 2 is a true and correct copy of a proposed form of Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, 2008, at White Plains, New York.

_____
PETER D. ST. PHILLIP, JR.