FireFighters Variable Supplemental Fund (FFVSF)
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
Washington Mutual, Inc. Common Stock
Class Period: April 18, 2006 - December 10, 2007

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**Pre-Class Period Holdings**    18,801

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|

**1A. Pre-Class Period Holdings Sold Through End of Class Period**

| Transaction Type | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained (@ 12/31/2007) | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | Sale | 06/30/2006 | $45.616 | 1,000 | 45,616.39 | 0 | | 30,959.25 |
| Pre-Class Period Holdings | Sale | 03/30/2007 | $40.369 | 2,300 | 92,849.57 | 0 | | 59,138.14 |
| Pre-Class Period Holdings | Sale | 06/22/2007 | $42.657 | 500 | 21,328.52 | 0 | | 13,999.95 |
| **1A. Total** | | | | **3,800** | **$ 159,794.48** | **0** | **$** | **$ 104,097.34** |

**FireFighters Variable Supplemental Fund (FFVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|

**IB. Pre-Class Period Holdings Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 0 | $ - | 0 | $ - | $14.6571 |
| **IB. Total** | | | **0** | **$ 0** | **0** | **$ -** | **$ -** |

**FireFighters Variable Supplemental Fund (FFVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**1C. Pre-Class Period Holdings Held at End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 15,001 | | | | | 0 | $    - | 15,001 | | $14.6571 |
| **1C. Total** | | | **15,001** | | | | | **0** | **$    -** | **15,001** | **$** | **$    -** |

**FireFighters Variable Supplemental Fund (FFVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Purchase | | | | | Transaction | Trade | | | Shares Retained | Gain | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Trade Date | Price | Shares | Total Cost | Type | Date | Price | Shares | Total Proceeds | @ 12/31/2007 | (Loss)[1] |
| | | | 0 | $ - | | | | 0 | $ - | 0 | $ - | $14.6571 |

**2A. Total** | | | | 0 | $ - | | | | 0 | $ - | 0 | $ - | $ - |

**FireFighters Variable Supplemental Fund (FFVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2B. Class Period Purchases Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | | Transaction Type | Trade Date | Price | Shares | Total Proceeds | | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | | | 0 | $ - | | $14.6571 |
| **2B. Total** | | | | 0 | $ - | | | | 0 | $ - | | 0 | $ - | | $14.6571 |

FireFighters Variable Supplemental Fund (FFVSF)
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
Washington Mutual, Inc. Common Stock
Class Period: April 18, 2006 - December 10, 2007

| | | | | |
|---|---|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/24/2006 | $43.717 | 300 | $ 13,115.01 | | | | | | 300 | $ (8,717.87) | |
| Purchase | 10/06/2006 | $43.270 | 100 | $ 4,327.00 | | | | | | 100 | $ (2,861.29) | |
| Purchase | 10/06/2006 | $43.280 | 100 | $ 4,328.00 | | | | | | 100 | $ (2,862.29) | |
| Purchase | 11/21/2006 | $42.920 | 100 | $ 4,292.00 | | | | | | 100 | $ (2,826.29) | |
| Purchase | 12/22/2006 | $45.520 | 800 | $ 36,416.00 | | | | | | 800 | $ (24,690.29) | |
| Purchase | 06/25/2007 | $42.710 | 100 | $ 4,271.00 | | | | | | 100 | $ (2,805.29) | |
| Purchase | 10/03/2007 | $36.296 | 800 | $ 29,036.96 | | | | | | 800 | $ (17,311.25) | |
| **2C. Total** | | | **2,300** | **$ 95,785.97** | | | | **0** | **$ -** | **2,300** | **$ (62,074.54)** | **$14.6571** |

**FireFighters Variable Supplemental Fund (FFVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. - Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 2,300 | $ 95,785.97 | | | | 0 | $ - | 2,300 | $ (62,074.54) | $14.6571 |
| Grand Total | | | 2,300 | $ 95,785.97 | | | | 3,800 | $ 159,794.48 | 17,301 | $ | 14.6571 |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

### 1A. Pre-Class Period Holdings — 118,483

#### 1A. Pre-Class Period Holdings Sold Through End of Class Period

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 170 | | Sale | 06/09/2006 | $45.589 | 170 | $ 7,750.06 | 0 | | $ 5,258.35 |
| Pre-Class Period Holdings | | | 4,300 | | Sale | 06/30/2006 | $45.638 | 4,300 | $ 196,242.96 | 0 | | $ 133,217.25 |
| Pre-Class Period Holdings | | | 1,200 | | Sale | 06/30/2006 | $45.616 | 1,200 | $ 54,739.67 | 0 | | $ 37,151.10 |
| Pre-Class Period Holdings | | | 200 | | Sale | 06/30/2006 | $45.580 | 200 | $ 9,116.00 | 0 | | $ 6,184.57 |
| Pre-Class Period Holdings | | | 3,700 | | Sale | 07/05/2006 | $45.854 | 3,700 | $ 169,658.65 | 0 | | $ 115,427.22 |
| Pre-Class Period Holdings | | | 904 | | Sale | 07/24/2006 | $45.829 | 904 | $ 41,429.67 | 0 | | $ 28,179.61 |
| Pre-Class Period Holdings | | | 513 | | Sale | 08/07/2006 | $45.046 | 513 | $ 23,108.44 | 0 | | $ 15,589.33 |
| Pre-Class Period Holdings | | | 4,400 | | Sale | 10/09/2006 | $43.499 | 4,400 | $ 191,397.20 | 0 | | $ 126,905.77 |
| Pre-Class Period Holdings | | | 2,100 | | Sale | 10/10/2006 | $43.688 | 2,100 | $ 91,745.13 | 0 | | $ 60,965.13 |
| Pre-Class Period Holdings | | | 1,630 | | Sale | 02/07/2007 | $45.331 | 1,630 | $ 73,889.54 | 0 | | $ 49,998.40 |
| Pre-Class Period Holdings | | | 3,900 | | Sale | 02/27/2007 | $42.398 | 3,900 | $ 165,351.40 | 0 | | $ 108,188.54 |
| Pre-Class Period Holdings | | | 35,800 | | Sale | 02/28/2007 | $42.938 | 35,800 | $ 1,537,197.59 | 0 | | $ 1,012,471.88 |
| Pre-Class Period Holdings | | | 5,800 | | Sale | 03/30/2007 | $40.369 | 5,800 | $ 234,142.41 | 0 | | $ 149,130.98 |
| Pre-Class Period Holdings | | | 4,100 | | Sale | 03/30/2007 | $40.366 | 4,100 | $ 165,500.11 | 0 | | $ 105,405.82 |
| Pre-Class Period Holdings | | | 5,500 | | Sale | 06/22/2007 | $42.657 | 5,500 | $ 234,555.46 | 0 | | $ 153,941.17 |
| Pre-Class Period Holdings | | | 3,700 | | Sale | 06/22/2007 | $42.646 | 3,700 | $ 157,831.07 | 0 | | $ 103,599.64 |
| Pre-Class Period Holdings | | | 1,300 | | Sale | 06/26/2007 | $42.970 | 1,300 | $ 55,861.18 | 0 | | $ 36,806.89 |
| Pre-Class Period Holdings | | | 36,900 | | Sale | 07/05/2007 | $43.243 | 36,900 | $ 1,595,657.03 | 0 | | $ 1,054,808.46 |
| Pre-Class Period Holdings | | | 2,366 | | Sale | 08/03/2007 | $34.618 | 2,366 | $ 81,906.11 | 0 | | $ 47,227.31 |
| **1A. Total** | | | **118,483** | | | | | **118,483** | **$ 5,087,079.68** | **0** | | **$ 3,350,457.43** |

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|

**1B. Pre-Class Period Holdings Sold During "Lookback Period"**

Pre-Class Period Holdings

| Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|
| **1B. Total** | | | 0 | $ - | 0 | $ - | $14.6571 |
| | | | | | | | - |

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**IC: Pre-Class Period Holdings Held at End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | | | | | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 0 | 0 | | | | | $ - | 0 | $ - | $14.6571 |
| **IC: Total** | | | **0** | **0** | | | | | **$ -** | **0** | **$ -** | |

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/12/2006 | $45.061 | 1,734 | $ 78,136.29 | Sale | 08/03/2007 | $34.618 | 1,734 | $ 60,027.56 | 0 | $ (18,108.74) | $14.6571 |
| Purchase | 06/12/2006 | $45.061 | 717 | 32,308.95 | Sale | 11/30/2007 | $19.229 | 717 | 13,787.33 | 0 | (18,521.62) | |
| Purchase | 06/12/2006 | $45.061 | 249 | 11,220.26 | Sale | 11/30/2007 | $20.608 | 249 | 5,131.36 | 0 | (6,088.90) | |
| Purchase | 06/12/2006 | $45.112 | 1,901 | 85,757.72 | Sale | 11/30/2007 | $20.608 | 1,901 | 39,175.59 | 0 | (46,582.13) | |
| **2A. Total** | | | 4,601 | $ 207,423.23 | | | | 4,601 | $ 118,121.84 | 0 | $ (89,301.39) | $ - |

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | | 0 | $    - | | | | 0 | $    - | 0 | $    - | $14.6571 |

**2B. Class Period Purchases Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 | $    - | |

**Fire Fighters (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/11/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/12/2006 | $45.112 | 1,099 | 49,577.98 | | | | | | 1,099 | (33,469.78) | |
| Purchase | 07/20/2006 | $45.788 | 400 | 18,315.16 | | | | | | 400 | (12,452.30) | |
| Purchase | 07/20/2006 | $45.804 | 400 | 18,321.44 | | | | | | 400 | (12,458.58) | |
| Purchase | 09/26/2006 | $43.440 | 300 | 13,032.00 | | | | | | 300 | (8,654.86) | |
| Purchase | 10/10/2006 | $43.635 | 2,400 | 104,724.00 | | | | | | 2,400 | (69,546.86) | |
| Purchase | 10/10/2006 | $43.840 | 23,500 | 1,030,235.30 | | | | | | 23,500 | (685,792.44) | |
| Purchase | 10/12/2006 | $43.650 | 3,300 | 144,045.33 | | | | | | 3,300 | (95,676.76) | |
| Purchase | 10/13/2006 | $43.713 | 400 | 17,485.24 | | | | | | 400 | (11,622.38) | |
| Purchase | 11/03/2006 | $43.653 | 300 | 13,095.99 | | | | | | 300 | (8,698.85) | |
| Purchase | 10/17/2006 | $42.430 | 400 | 16,972.00 | | | | | | 400 | (11,109.14) | |
| Purchase | 11/03/2006 | $42.765 | 1,700 | 72,700.50 | | | | | | 1,700 | (47,783.36) | |
| Purchase | 11/14/2006 | $42.986 | 600 | 25,791.54 | | | | | | 600 | (16,997.25) | |
| Purchase | 11/21/2006 | $42.993 | 2,700 | 116,080.56 | | | | | | 2,700 | (76,506.27) | |
| Purchase | 11/21/2006 | $42.945 | 4,900 | 210,430.50 | | | | | | 4,900 | (138,610.50) | |
| Purchase | 12/07/2006 | $44.405 | 2,200 | 97,691.00 | | | | | | 2,200 | (65,445.29) | |
| Purchase | 12/19/2006 | $45.247 | 1,500 | 67,870.20 | | | | | | 1,500 | (45,884.49) | |
| Purchase | 02/02/2007 | $45.598 | 81,100 | 3,697,170.58 | | | | | | 81,100 | (2,508,476.29) | |
| Purchase | 02/07/2007 | $45.371 | 500 | 22,685.50 | | | | | | 500 | (13,356.93) | |
| Purchase | 02/09/2007 | $43.343 | 1,150 | 49,844.80 | | | | | | 1,150 | (32,989.09) | |
| Purchase | 02/13/2007 | $44.512 | 3,100 | 137,988.44 | | | | | | 3,100 | (92,551.30) | |
| Purchase | 02/14/2007 | $45.316 | 2,600 | 117,822.64 | | | | | | 2,600 | (79,714.07) | |
| Purchase | 02/15/2007 | $45.029 | 1,900 | 85,555.29 | | | | | | 1,900 | (57,706.72) | |
| Purchase | 02/16/2007 | $45.163 | 1,900 | 85,808.94 | | | | | | 1,900 | (57,960.37) | |
| Purchase | 02/20/2007 | $45.442 | 2,700 | 122,693.13 | | | | | | 2,700 | (83,118.84) | |
| Purchase | 02/28/2007 | $43.153 | 1,000 | 43,153.00 | | | | | | 1,000 | (28,495.86) | |
| Purchase | 03/02/2007 | $42.868 | 400 | 17,147.00 | | | | | | 400 | (11,284.14) | |
| Purchase | 03/06/2007 | $41.748 | 16,900 | 705,532.75 | | | | | | 16,900 | (457,827.04) | |
| Purchase | 03/13/2007 | $41.005 | 3,400 | 139,416.32 | | | | | | 3,400 | (89,582.03) | |
| Purchase | 04/12/2007 | $38.915 | 400 | 15,566.00 | | | | | | 400 | (9,703.14) | |
| Purchase | 05/31/2007 | $43.710 | 2,500 | 109,275.00 | | | | | | 2,500 | (72,632.14) | |
| Purchase | 08/21/2007 | $37.711 | 4,600 | 173,471.52 | | | | | | 4,600 | (106,048.66) | |
| Purchase | 09/12/2007 | $35.130 | 700 | 24,591.14 | | | | | | 700 | (14,331.14) | |
| Purchase | 11/27/2007 | $17.287 | 15,900 | 274,860.12 | | | | | | 15,900 | (41,811.55) | |
| Purchase | 11/30/2007 | $19.500 | 717 | 13,981.50 | | | | | | 717 | (3,472.33) | |
| **2C Total** | | | **187,566** | **$ 7,852,932.41** | | | | **0** | **$ -** | **187,566** | **$ (5,103,750.75)** | **$14.6571** |

**Fire Fighters' (FIRE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period Purchase Total** | | | 192,167 | $ 8,060,355.64 | | | | 4,601 | $ 118,121.84 | 187,566 | $ (5,193,052.15) | $14.6571 |
| **Grand Total** | | | 192,167 | $ 8,060,355.64 | | | | 123,084 | $ 5,205,201.52 | 187,566 | | $14.6571 |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**Pre-Class Period Holdings** 13,074

**1A. Pre-Class Period Holdings Sold Through End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pre-Class Period Holdings | Sale | 06/16/2006 | $44.544 | 367 | $ 16,347.51 | 0 | $ | $10,968.34 |
| | | | | | Pre-Class Period Holdings | Sale | 10/06/2006 | $43.319 | 100 | $ 4,331.86 | 0 | $ | 2,866.15 |
| | | | | | Pre-Class Period Holdings | Sale | 01/26/2007 | $45.299 | 200 | $ 9,059.72 | 0 | $ | 6,128.29 |
| | | | | | Pre-Class Period Holdings | Sale | 03/16/2007 | $39.884 | 717 | $ 28,596.67 | 0 | $ | 18,087.50 |
| | | | | | Pre-Class Period Holdings | Sale | 06/15/2007 | $43.076 | 300 | $ 12,922.75 | 0 | $ | 8,523.61 |
| **1A. Total** | | | | | | | | **1,684** | $ 71,258.51 | 0 | $ | $ 46,575.88 |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | | | | | | | | | | |
| **1B. Pre-Class Period Holdings Sold During "Lookback Period"** | | | | | | | | | | | | |
| **1B. Total** | | | **0** | | | | | **0** | **$ -** | **0** | **$ -** | **$14.6571** |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**1C: Pre-Class Period Holdings Held at End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 11,390 | | | | | | | 11,390 | | $14.6571 |
| **1C: Total** | | | **11,390** | | | | | **0** | **$   -** | **11,390** | **$   -** | **$   -** |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | | | |
| 2A. Total | | | 0 | $ - | | | | 0 | $ - | 0 | $ - | $ - |
| | | | | | | | | | | @ $14.6571 | | $14.6571 |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2B. Class Period Purchases Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 | | $14.6571 |
| **2B. Total** | | | 0 | $    - | | | | 0 | $    - | 0 | $    - | $    - |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2C: Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/25/2006 | $45.520 | 100 | $ 4,552.00 | | | | | $ - | 100 | $ (3,086.29) | $14.6571 |
| Purchase | 10/06/2006 | $43.470 | 100 | $ 4,347.00 | | | | | | 100 | $ (2,881.29) | |
| Purchase | 10/06/2006 | $43.470 | 100 | $ 4,347.00 | | | | | | 100 | $ (2,881.29) | |
| Purchase | 03/26/2007 | $41.460 | 500 | $ 20,730.00 | | | | | | 500 | $ (13,401.43) | |
| **2C. Total** | | | **800** | **$ 33,976.00** | | | | **0** | **$ -** | **800** | **$ (22,250.29)** | **$14.6571** |

**Fire Officers' Variable Supplemental Fund (FOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 800 | $ 33,976.00 | | | | 0 | $ - | 800 | $ (22,250.29) | $14.6571 |
| Grand Total | | | 800 | $ 33,976.00 | | | | 1,684 | $ 71,258.51 | 12,190 | | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share

Police Officers (POLICE)
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
Washington Mutual, Inc. Common Stock
Class Period: April 18, 2006 - December 10, 2007

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**1A.  Pre-Class Period Holdings**

Pre-Class Period Holdings

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|
| | | | 424,348 | |

**1A.  Pre-Class Period Holdings Sold Through End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)¹ | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 19,900 | | Sale | 06/30/2006 | $45.638 | 19,900 | $908,194.18 | 0 | $ | $ 616,517.04 |
| | | | 9,000 | | Sale | 06/30/2006 | $45.616 | 9,000 | $410,547.59 | 0 | $ | 278,633.30 |
| | | | 700 | | Sale | 06/30/2006 | $45.580 | 700 | $31,906.00 | 0 | $ | 21,646.00 |
| | | | 18,100 | | Sale | 10/09/2006 | $43.499 | 18,100 | $787,338.48 | 0 | $ | 522,044.19 |
| | | | 8,500 | | Sale | 10/10/2006 | $43.688 | 8,500 | $371,349.34 | 0 | $ | 246,763.63 |
| | | | 10,700 | | Sale | 02/27/2007 | $42.398 | 10,700 | $453,656.42 | 0 | $ | 296,824.99 |
| | | | 96,900 | | Sale | 02/28/2007 | $42.938 | 96,900 | $4,160,738.73 | 0 | $ | 2,740,461.59 |
| | | | 25,000 | | Sale | 03/30/2007 | $40.369 | 25,000 | $1,009,234.55 | 0 | $ | 642,805.98 |
| | | | 16,480 | | Sale | 03/30/2007 | $40.366 | 16,480 | $665,229.73 | 0 | $ | 423,680.02 |
| | | | 22,000 | | Sale | 06/22/2007 | $42.646 | 22,000 | $938,221.84 | 0 | $ | 615,764.70 |
| | | | 19,200 | | Sale | 06/22/2007 | $42.657 | 19,200 | $819,015.30 | 0 | $ | 537,598.16 |
| | | | 5,300 | | Sale | 06/26/2007 | $42.965 | 5,300 | $227,714.72 | 0 | $ | 150,031.86 |
| **1A.  Total** | | | **251,780** | | | | | **251,780** | **$ 10,783,146.88** | **0** | **$** | **$ 7,092,771.45** |

**Police Officers (POLICE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | | | | | | | | | | |
| **1B. Pre-Class Period Holdings Sold During "Lookback Period"** | | | | | | | | | | | | |
| **1B. Total** | | | **0** | | | | | **0** $ | **-** | **0** | **$ -** | **$14.6571** |

**Police Officers (POLICE)**
First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis
Washington Mutual, Inc. Common Stock
Class Period: April 18, 2006 - December 10, 2007

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**1C: Pre-Class Period Holdings Held at End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | 172,568 | | | | | | | 172,568 | @ 12/31/2007 | $14.6571 |
| **1C: Total** | | | **172,568** | | | | | **0** | **$        -** | **172,568** | **$        -** | |

**Police Officers (POLICE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2A.  Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | 0 | $  - | | | | 0 | $  - | 0 | $  - | $14.6571 |
| **2A. Total** | | | **0** | **$  -** | | | | **0** | **$  -** | **0** | **$  -** | **-** |

**Police Officers (POLICE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2B. Class Period Purchases Sold During "Lookback Period"**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 $ - | - | |
| **2B. Total** | | | 0 $ | - | | | | 0 $ | - | 0 $ - | - | $14.6571 |

**Police Officers (POLICE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/18/2006 | $43.705 | 1,100 | 48,075.50 | | | | | | 1,100 | (31,952.64) | |
| Purchase | 06/07/2006 | $45.060 | 700 | 31,542.00 | | | | | | 700 | (21,282.00) | |
| Purchase | 06/12/2006 | $45.061 | 10,900 | 491,168.17 | | | | | | 10,900 | (331,405.31) | |
| Purchase | 06/12/2006 | $45.112 | 12,400 | 559,387.56 | | | | | | 12,400 | (377,638.99) | |
| Purchase | 07/03/2006 | $45.996 | 8,100 | 372,567.60 | | | | | | 8,100 | (253,844.74) | |
| Purchase | 07/20/2006 | $45.788 | 1,600 | 73,260.64 | | | | | | 1,600 | (49,809.21) | |
| Purchase | 07/20/2006 | $45.804 | 1,700 | 77,866.12 | | | | | | 1,700 | (52,948.98) | |
| Purchase | 09/26/2006 | $43.440 | 1,100 | 47,784.00 | | | | | | 1,100 | (31,661.14) | |
| Purchase | 10/10/2006 | $43.635 | 6,400 | 279,264.00 | | | | | | 6,400 | (185,458.29) | |
| Purchase | 10/10/2006 | $43.840 | 63,600 | 2,788,211.28 | | | | | | 63,600 | (1,856,016.99) | |
| Purchase | 10/12/2006 | $43.650 | 8,900 | 388,485.89 | | | | | | 8,900 | (258,037.32) | |
| Purchase | 10/13/2006 | $43.713 | 1,200 | 52,455.72 | | | | | | 1,200 | (34,867.15) | |
| Purchase | 10/13/2006 | $43.855 | 5,100 | 223,658.97 | | | | | | 5,100 | (148,907.54) | |
| Purchase | 11/03/2006 | $42.430 | 1,200 | 50,916.00 | | | | | | 1,200 | (33,327.43) | |
| Purchase | 11/14/2006 | $42.986 | 1,600 | 68,777.44 | | | | | | 1,600 | (45,326.01) | |
| Purchase | 11/21/2006 | $42.993 | 7,300 | 313,847.44 | | | | | | 7,300 | (206,830.30) | |
| Purchase | 11/21/2006 | $42.945 | 12,700 | 545,401.50 | | | | | | 12,700 | (359,255.79) | |
| Purchase | 12/11/2006 | $44.200 | 2,800 | 123,760.00 | | | | | | 2,800 | (82,720.00) | |
| Purchase | 12/19/2006 | $45.247 | 4,700 | 212,659.96 | | | | | | 4,700 | (143,771.39) | |
| Purchase | 01/25/2007 | $44.960 | 300 | 13,488.00 | | | | | | 300 | (9,090.86) | |
| Purchase | 02/13/2007 | $44.512 | 14,000 | 623,173.60 | | | | | | 14,000 | (417,973.60) | |
| Purchase | 02/14/2007 | $45.316 | 11,900 | 539,265.16 | | | | | | 11,900 | (364,845.16) | |
| Purchase | 02/15/2007 | $45.029 | 8,700 | 391,753.17 | | | | | | 8,700 | (264,236.03) | |
| Purchase | 02/16/2007 | $45.163 | 8,300 | 374,849.58 | | | | | | 8,300 | (253,195.29) | |
| Purchase | 02/20/2007 | $45.442 | 12,300 | 558,935.37 | | | | | | 12,300 | (378,652.51) | |
| Purchase | 02/27/2007 | $43.443 | 30,200 | 1,311,978.60 | | | | | | 30,200 | (869,332.89) | |
| Purchase | 03/06/2007 | $41.748 | 31,400 | 1,310,871.50 | | | | | | 31,400 | (850,637.21) | |
| Purchase | 03/13/2007 | $41.004 | 17,400 | 713,466.12 | | | | | | 17,400 | (458,431.83) | |
| Purchase | 04/12/2007 | $38.915 | 1,800 | 70,047.00 | | | | | | 1,800 | (43,664.14) | |
| Purchase | 04/13/2007 | $39.517 | 15,700 | 620,420.04 | | | | | | 15,700 | (390,302.90) | |
| Purchase | 08/21/2007 | $37.721 | 18,200 | 686,525.84 | | | | | | 18,200 | (419,765.84) | |
| Purchase | 09/12/2007 | $35.130 | 2,700 | 94,851.54 | | | | | | 2,700 | (55,277.25) | |
| Purchase | 11/27/2007 | $17.287 | 78,200 | 1,351,827.76 | | | | | | 78,200 | (205,639.19) | |
| **2C: Total** | | | **404,200** | **$ 15,410,543.07** | | | | **0** | **$ -** | **404,200** | **$ (9,486,125.93)** | **$14.6571** |

**Police Officers (POLICE)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period Purchase Total** | | | **404,200** | **$ 15,410,543.07** | | | | **0** | **$ -** | **404,200** | **$ (9,486,125.93)** | **$14.6571** |
| **Grand Total** | | | **404,200** | **$ 15,410,543.07** | | | | **251,780** | **$ 10,783,146.88** | **576,768** | | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**Pre-Class Period Holdings**          35,119

**1A. Pre-Class Period Holdings Sold Through End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | | | Sale | 06/30/2006 | $45.638 | 3,100 | $ 141,477.48 | 0 | $ | $ 96,040.34 |
| Pre-Class Period Holdings | | | | | Sale | 06/30/2006 | $45.580 | 100 | $ 4,558.00 | 0 | $ | 3,092.29 |
| Pre-Class Period Holdings | | | | | Sale | 12/11/2006 | $44.200 | 500 | $ 22,100.00 | 0 | $ | 14,771.43 |
| Pre-Class Period Holdings | | | | | Sale | 03/30/2007 | $40.366 | 2,560 | $ 103,336.65 | 0 | $ | 65,814.36 |
| Pre-Class Period Holdings | | | | | Sale | 06/22/2007 | $42.646 | 3,400 | $ 144,997.92 | 0 | $ | 95,163.63 |
| **1A. Total** | | | | | | | | **9,660** | **$ 416,470.05** | **0** | **$** | **$ 274,882.05** |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | | | |
|---|---|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|
| | | | | |

**1B. Pre-Class Period Holdings Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | | | | 0 | | $14.6571 |
| **1B. Total** | | | **$   -** | | **0** | **$   -** | **$   -** |

| | | | | |
|---|---|---|---|---|
| **1B. Total** | | | **0** | |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IC: Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 25,459 | | | | | | | 25,459 | | $14.6571 |
| **IC: Total** | | | **25,459** | | | | | **0** | **$   -** | **25,459** | **$   -** | **$14.6571** |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | | | |
| 2A. Total | | | 0 | $ - | | | | 0 | $ - | 0 $ - | - $ - | $14.6571 $ - |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
| --- | --- |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost |
| --- | --- | --- | --- | --- |
| | | | 0 | $ - |

**2B. Class Period Purchases Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Purchase | | | 0 | $ - | 0 | $ - | $14.6571 |
| **2B. Total** | | | **0** | **$ -** | **0** | **$ -** | |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $14.6571 |
| Purchase | 04/18/2006 | $43.705 | 200 | $ 8,741.00 | | | | | | 200 | $ (5,809.57) | |
| Purchase | 09/26/2006 | $43.440 | 100 | $ 4,344.00 | | | | | | 100 | $ (2,878.29) | |
| Purchase | 11/03/2006 | $42.765 | 1,100 | $ 47,041.50 | | | | | | 1,100 | $ (30,918.64) | |
| Purchase | 04/12/2007 | $38.915 | 2,000 | $ 77,830.00 | | | | | | 2,000 | $ (48,515.71) | |
| Purchase | 08/21/2007 | $37.703 | 2,900 | $ 109,337.54 | | | | | | 2,900 | $ (66,831.83) | |
| Purchase | 09/12/2007 | $35.190 | 500 | $ 17,594.80 | | | | | | 500 | $ (10,266.23) | |
| **2C. Total** | | | **6,800** | **$ 264,888.84** | | | | **0** | **$ -** | **6,800** | **$ (165,220.27)** | |

**Police Officers' Variable Supplemental Fund (POVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | | 6,800 | $ 264,888.84 | | | | 0 | $ - | 6,800 | $ (165,220.27) | $14.6571 |
| Grand Total | | | 6,800 | $ 264,888.84 | | | | 9,660 | $ 416,470.05 | 32,259 | | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share

Page 7 of 7

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**1A. Pre-Class Period Holdings**

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|
| Pre-Class Period Holdings | | | 36,056 | |

**1A. Pre-Class Period Holdings Sold Through End of Class Period**

| Transaction Type | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above $14.6571 |
|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | Sale | 06/30/2006 | $45.638 | 3,200 | $ 146,041.27 | 0 | $ | $ 99,138.41 |
| Pre-Class Period Holdings | Sale | 06/30/2006 | $45.580 | 100 | $ 4,558.00 | 0 | $ | $ 3,092.29 |
| Pre-Class Period Holdings | Sale | 12/11/2006 | $44.200 | 2,300 | $ 101,660.00 | 0 | $ | $ 67,948.57 |
| Pre-Class Period Holdings | Sale | 12/11/2006 | $44.304 | 1,200 | $ 53,164.36 | 0 | $ | $ 35,575.79 |
| Pre-Class Period Holdings | Sale | 03/30/2007 | $40.366 | 2,600 | $ 104,951.29 | 0 | $ | $ 66,842.72 |
| Pre-Class Period Holdings | Sale | 06/22/2007 | $42.646 | 3,500 | $ 149,262.56 | 0 | $ | $ 97,962.56 |
| **1A. Total** | | | | **12,900** | **$ 559,637.48** | **0** | **$** | **$ 370,560.34** |

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **1B. Pre-Class Period Holdings Sold During "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **1B. Total** | | | 0 | | | | | 0 | $ - | 0 | $ - | $14.6571 - |

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IC. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 23,156 | | | | | | | 23,156 | | $14.6571 |
| **IC. Total** | | | 23,156 | | | | | | 0  $          - | 23,156 | $          - | $14.6571 |

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period **Beginning**: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" **Beginning**: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" **Average** Closing Price: | $14.6571 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | | | |
| **2A. Total** | | | 0 | $  - | | | | 0 | $  - | 0 | $  - | $14.6571 |

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2B. Class Period Purchases Sold During "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)[1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 | $ - | $14.6571 |
| **2B. Total** | | | 0 | $ - | | | | 0 | $ - | 0 | $ - | $14.6571 |

**Police Superior Officers' Variable Supplemental Fund (PSOV/SF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| | |
|---|---|
| Class Period Beginning: | 4/18/2006 |
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

**2C. Class Period Purchases Held At End of "Lookback Period"**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss)¹ | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $14.6571 |
| Purchase | 04/18/2006 | $43.705 | 200 | $ 8,741.00 | | | | | | 200 $ | $ (5,809.57) | |
| Purchase | 09/26/2006 | $43.440 | 100 | $ 4,344.00 | | | | | | 100 $ | (2,878.29) | |
| Purchase | 11/03/2006 | $42.765 | 2,700 | $ 115,465.50 | | | | | | 2,700 $ | (75,891.21) | |
| Purchase | 01/25/2007 | $44.960 | 100 | $ 4,496.00 | | | | | | 100 $ | (3,030.29) | |
| Purchase | 03/13/2007 | $41.004 | 2,000 | $ 82,007.00 | | | | | | 2,000 $ | (52,692.71) | |
| Purchase | 04/12/2007 | $38.915 | 1,100 | $ 42,806.50 | | | | | | 1,100 $ | (26,683.64) | |
| Purchase | 08/21/2007 | $37.725 | 3,000 | $ 113,174.40 | | | | | | 3,000 $ | (69,202.97) | |
| Purchase | 09/12/2007 | $35.130 | 400 | $ 14,052.08 | | | | | | 400 $ | (8,189.22) | |
| **2C. Total** | | | **9,600** | **$ 385,086.48** | | | | **0** | **$  -** | **9,600 $** | **(244,377.91)** | |

**Police Superior Officers' Variable Supplemental Fund (PSOVSF)**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| Class Period Beginning: | 4/18/2006 |
|---|---|
| Class Period End: | 12/10/2007 |
| "Lookback Period" Beginning: | 12/11/2007 |
| "Lookback Period" End: | 12/31/2007 |
| Days in "Lookback Period": | 21 |
| "Lookback Period" Average Closing Price: | $14.6571 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 12/31/2007 | Gain (Loss) [1] | Offset for Shares Sold Into Class Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period Purchase Total** | | | **9,600** | **$ 385,086.48** | | | | **0** | **$ -** | **9,600** | | **$14.6571** |
| **Grand Total** | | | **9,600** | **$ 385,086.48** | | | | **12,900** | **$ 559,637.48** | **32,756** | **$ (244,377.91)** | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $14.6571 per share