**Ontario Teachers Pension Plan**
**LIFO Loss Calculations in Washington Mutual, Inc. (WM)**
Class Period: 04/18/06 - 12/10/07
Mean Trading Price:  $14.5406 (12/11/07 - 1/3/08)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 770,550 | | | Sale | 07/21/06 | (7,600) | $45.7138 | ($347,424.88) |
| | | | | | Sale | 07/26/06 | (3,400) | $45.6956 | ($155,365.04) |
| | | | | | Sale | 09/29/06 | (7,700) | $43.4000 | ($334,180.00) |
| | | | | | Sale | 10/30/06 | (333,850) | $42.2344 | ($14,099,954.44) |
| | | | | | Sale | 10/31/06 | (325,000) | $42.2500 | ($13,731,250.00) |
| | | | | | Sale | 11/01/06 | (75,000) | $42.4562 | ($3,184,215.00) |
| | | | | | Sale | 04/24/07 | (2,167) | $41.4128 | ($89,741.54) |
| | | | | | Sale | 06/07/07 | (9,000) | $43.1683 | ($388,514.70) |
| | | | | | *Shares sold during the class period offsetting opening balance:* | | (763,717) | | |
| Purchase | 04/20/06 | 26,400 | $45.0179 | $1,188,472.56 | Sale | 04/20/06 | (10,900) | $45.0176 | ($490,691.84) |
| Purchase | 05/11/06 | 8,600 | $46.1055 | $396,507.30 | Sale | 05/11/06 | (20,700) | $46.0998 | ($954,265.86) |
| Purchase | 06/08/06 | 7,300 | $45.2422 | $330,268.06 | Sale | 07/21/06 | (10,700) | $45.7138 | ($489,137.66) |
| Purchase | 01/22/07 | 6,833 | $45.0400 | $307,758.32 | Sale | 04/24/07 | (6,833) | $41.4128 | ($282,973.66) |
| Purchase | 08/27/07 | 173,590 | $36.7025 | $6,371,186.98 | | | | | |
| Purchase | 08/28/07 | 125,980 | $35.8150 | $4,511,973.70 | Retained | | (1,739,000) | $14.5406 | ($25,286,103.40) |
| Purchase | 08/29/07 | 51,430 | $36.0202 | $1,852,518.89 | | | | | |
| Purchase | 09/06/07 | 152,900 | $35.7301 | $5,463,132.29 | | | | | |
| Purchase | 10/05/07 | 70,668 | $35.8958 | $2,536,684.39 | | | | | |
| Purchase | 10/08/07 | 79,832 | $35.8530 | $2,862,216.70 | | | | | |
| Purchase | 10/17/07 | 99,959 | $32.7292 | $3,271,578.10 | | | | | |
| Purchase | 10/18/07 | 66,741 | $30.5293 | $2,037,556.01 | | | | | |
| Purchase | 10/31/07 | 175,390 | $27.8791 | $4,889,715.35 | | | | | |
| Purchase | 11/01/07 | 296,210 | $25.7810 | $7,636,590.01 | | | | | |
| Purchase | 11/27/07 | 178,776 | $17.3067 | $3,094,022.60 | | | | | |
| Purchase | 11/28/07 | 161,685 | $18.1344 | $2,932,060.46 | | | | | |
| Purchase | 11/29/07 | 105,839 | $17.7301 | $1,876,536.05 | | | | | |
| | | 1,788,133 | | $51,558,777.77 | | | (1,788,133) | | ($27,503,172.42) |

**Overall LIFO loss:   ($24,055,605.35)**