**Ontario Teachers Pension Plan**
**FIFO Loss Calculations in Washington Mutual, Inc. (WM)**
Class Period: 04/18/06 - 12/10/07
Mean Trading Price: $14.5406 (12/11/07 - 1/3/08)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 770,550 | | | Sale | 04/20/06 | (10,900) | $ 45.0176 | ($490,691.84) |
| | | | | | Sale | 05/11/06 | (20,700) | $ 46.0998 | ($954,265.86) |
| | | | | | Sale | 07/21/06 | (18,300) | $ 45.7138 | ($836,562.54) |
| | | | | | Sale | 07/26/06 | (3,400) | $ 45.6956 | ($155,365.04) |
| | | | | | Sale | 09/29/06 | (7,700) | $ 43.4000 | ($334,180.00) |
| | | | | | Sale | 10/30/06 | (333,850) | $ 42.2344 | ($14,099,954.44) |
| | | | | | Sale | 10/31/06 | (325,000) | $ 42.2500 | ($13,731,250.00) |
| | | | | | Sale | 11/01/06 | (50,700) | $ 42.4562 | ($2,152,529.34) |
| | | | | | *Shares sold during the class period offsetting opening balance:* | | (770,550) | | ($32,754,799.06) |
| Purchase | 04/20/06 | 26,400 | $ 45.0179 | $1,188,472.56 | Sale | 11/01/06 | (24,300) | $ 42.4562 | ($1,031,685.66) |
| Purchase | 05/11/06 | 8,600 | $ 46.1055 | $396,507.30 | Sale | 04/24/07 | (9,000) | $ 41.4128 | ($372,715.20) |
| Purchase | 06/08/06 | 7,300 | $ 45.2422 | $330,268.06 | Sale | 06/07/07 | (9,000) | $ 43.1683 | ($388,514.70) |
| | | 42,300 | | $1,915,247.92 | | | (42,300) | | ($1,792,915.56) |
| | | | | | *Loss on shares sold during the class period:* | | | | ($122,332.36) |
| Purchase | 01/22/07 | 6,833 | $ 45.0400 | $307,758.32 | Retained | | (1,745,833) | $ 14.5406 | ($25,385,459.32) |
| Purchase | 08/27/07 | 173,590 | $ 36.7025 | $6,371,186.98 | | | | | |
| Purchase | 08/28/07 | 125,980 | $ 35.8150 | $4,511,973.70 | | | | | |
| Purchase | 08/29/07 | 51,430 | $ 36.0202 | $1,852,518.89 | | | | | |
| Purchase | 09/06/07 | 152,900 | $ 35.7301 | $5,463,132.29 | | | | | |
| Purchase | 10/05/07 | 70,668 | $ 35.8958 | $2,536,684.39 | | | | | |
| Purchase | 10/08/07 | 79,832 | $ 35.8530 | $2,862,216.70 | | | | | |
| Purchase | 10/17/07 | 99,959 | $ 32.7292 | $3,271,578.10 | | | | | |
| Purchase | 10/18/07 | 66,741 | $ 30.5293 | $2,037,556.01 | | | | | |
| Purchase | 10/31/07 | 175,390 | $ 27.8791 | $4,889,715.35 | | | | | |
| Purchase | 11/01/07 | 296,210 | $ 25.7810 | $7,636,590.01 | | | | | |
| Purchase | 11/27/07 | 178,776 | $ 17.3067 | $3,094,022.60 | | | | | |
| Purchase | 11/28/07 | 161,685 | $ 18.1344 | $2,932,060.46 | | | | | |
| Purchase | 11/29/07 | 105,839 | $ 17.7301 | $1,876,536.05 | | | | | |
| | | 1,745,833 | | $49,643,529.85 | | | (1,745,833) | | ($25,385,459.32) |
| | | | | | *Loss on retained shares:* | | | | ($24,258,070.53) |
| | | | | | **Overall FIFO loss** | | | | **($24,380,402.89)** |