**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER and THOMAS W. CASEY,<br><br>        Defendants. | Civil Action No. 1:07-CV-9801-CM<br><br>ECF FILED |

(Captions continued on subsequent page)

**<u>CERTIFICATE OF SERVICE</u>**

JOEL ABRAMS and BRIAN ROFFE,
individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

WASHINGTON MUTUAL, INC.,
KERRY K. KILLINGER , STEPHEN J.
ROTELLA and THOMAS W. CASEY,

        Defendants.

Civil Action No. 1:07-CV-9806-AKH

ROBERT L. GARBER, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

WASHINGTON MUTUAL, INC.,
KERRY K. KILLINGER , STEPHEN J.
ROTELLA and THOMAS W. CASEY,

        Defendants.

Civil Action No. 1:07-CV-11422-UA

I, Lawrence Silvestro, hereby certify that on January 4, 2008, I caused the following

documents to be filed electronically with the Clerk of Court and served in accordance

with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the

Southern District's Rules on Electronic Service.:

    1. NOTICE OF MOTION OF ONTARIO TEACHERS' PENSION PLAN
       BOARD FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF
       ITS  SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS,
       AND CONSOLIDATION OF ALL RELATED ACTIONS

2.  MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF
    ONTARIO TEACHERS' PENSION PLAN BOARD FOR APPOINTMENT
    AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL
    AS LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATION OF
    ALL RELATED ACTIONS

3.  DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION
    OF ONTARIO TEACHERS' PENSION PLAN BOARD FOR
    APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS
    SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS,
    AND CONSOLIDATION OF ALL RELATED ACTIONS

4.  [PROPOSED] ORDER APPOINTING ONTARIO TEACHERS' PENSION
    PLAN BOARD AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF
    COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND
    CONSOLIDATION OF ALL RELATED ACTIONS

_____
Lawrence Silvestro