UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 07-cv-9801<br>Judge Colleen McMahon<br><br>ECF CASE |
| JOEL ABRAMS, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 07-cv-9806<br>Judge Alvin Hellerstein<br><br>ECF CASE |

**NOTICE OF WITHDRAWAL OF**
**BURTON ROSENFIELD'S MOTION FOR LEAD PLAINTIFF**

ABBEY SPANIER RODD & ABRAMS, LLP
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
nkaboolian@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

PLEASE TAKE NOTICE that proposed Lead Plaintiff Burton Rosenfield, having motive before this Court: (a) to consolidated various related securities fraud actions filed against Washington Mutual, Inc. and other defendants, (b) to be appointed as Lead Plaintiff Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and (c) and approving Lead Plaintiff's choice of counsel as Lead Counsel for the Class, hereby withdraws his Lead Plaintiff motion.

This Withdrawal shall have no effect upon Burton Rosenfield's rights as a member of the proposed class, including but not limited to the right to share in any recovery.

Dated: January 22, 2008

                                    ABBEY SPANIER RODD &
                                    ABRAMS, LLP

                                    By: /s/ Nancy Kaboolian
                                    Nancy Kaboolian (NK 6346)
                                    212 East 39th Street
                                    New York, New York 10016
                                    Telephone: (212) 880-3700
                                    Facsimile: (212) 779-2418

                                    Proposed Lead Counsel

Samuel R. Simon, Esq.
Jacobs Law Group, P.C.
1800 J.F.K. Boulevard Suite 404
Philadelphia, PA 19103
215-569-9701