## CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on January 22, 2008, I caused the following documents to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules:

Notice Of Withdrawal Of Burton Rosenfield's Motion For Lead Plaintiff

*Carolyn Davila*

## SERVICE LIST

**Plaintiffs' Counsel**

HAGENS BERMAN SOBOL SHAPIRO, LLP
Steve W. Berman WSBA# 12536
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

KELLER ROHRBACK, LLP
Lynn L. Sarko (WSBA 16569)
lsarko@kellerohrback.com
Derek W. Loeser (WSBA 24274)
dloeser@kellerrohrback.com
1201 Third Avenue
Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

BADGLEY MULLINS LAW GROUP
Duncan C. Turner
duncanturner@badgleymullins.com
4750 Bank of America Tower
701 Fifth Avenue
Seattle, WA 98104
Tel: (206) 621-6566
Fax: (206) 621-9686

WOLF POPPER LLP
Robert C. Finkel
James A. Harrod
845 Third Avenue
New York, New York 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

Richard A. Speirs
ZWERLING SCHACHTER & ZWERLING
41 Madison Avenue
New York, New York 10010
Tel: (212) 223-3900

Peter Dexter St. Phillip, Jr.
LOWEY DANNENBERG BEMPORAD SELINGER
& COHEN, P.C.
White Plains Plaza
1 North Broadway, 5th floor
White Plains, New York 10601
(914) 997-0500

Gerald H. Silk
BERNSTEIN LITOWITZ BERGER & GROSSMAN, LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1282

Geoffrey C. Jarvis
GRANT & EISENHOFER, PA
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
(302) 622-7040

**Defendants' Counsel**

SIMPSON THACHER & BARTLETT, LLP
Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York  10017
Tel: (212) 455-2000
Fax: (212) 455-2502

SIMPSON THACHER & BARTLETT, LLP
Robert J. Pfister
1999 Avenue of the Stars, 29th floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

DAVIS WRIGHT TREMAINE
Stephen M. Rummage
steverummage@dwt.com
Steven P. Caplow
stevecaplow@dwt.com
1201 Third Avenue
Suite 2200
Seattle, WA  98101
Tel: (206) 757-8136
Fax: (206) 757-7136

PERKINS COIE
David F. Taylor
dftaylor@perkinscoie.com
Hilary E. Hoover
hhoover@perkinscoie.com
Ronald L. Berenstain
rberenstain@perkinscoie.com
1201 Third Avenue
Suite 4800
Seattle, WA 98101
Tel: (206) 359-8440